IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **Hon. Paula Xinis** |
| **Plaintiff,** | : | |
| | : | **CRIMINAL NO. 25-CR-79** |
| **vs.** | : | |
| **KIMBERLY GOODWIN,** | : | |
| **Defendant.** | : | |

FILED ENTERED
LOGGED BU RECEIVED
AUG 31 2026
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

## VERDICT FORM

We the jury, after due deliberation and consideration of all of the evidence, unanimously reach the following verdict as to Defendant KIMBERLY GOODWIN,

**COUNT ONE: CONSPIRACY TO COMMIT WIRE FRAUD (18 U.S.C. § 1349)**

✓ Guilty ______ Not Guilty

If you find the Defendant, Kimberly Goodwin, guilty of Count One, please continue to the Special Findings. If you find the defendant, Kimberly Goodwin, not guilty of Count One, please skip the Special Findings below and proceed to Count Two.

**Special Findings**

Having found the Defendant Kimberly Goodwin guilty of Count One, did the defendant conspire to commit wire fraud involving the Lost Time Policy?

Yes ✓ No______

Having found the Defendant Kimberly Goodwin guilty of Count One, did the defendant conspire to commit wire fraud involving Good Leaders?

Yes ✓ No______

**COUNT TWO:** **MONEY LAUNDERING (18 U.S.C. § 1956)**

✓ Guilty ______ Not Guilty

| | | |
|---|---|---|
| **Count 2** | From on or about October 15, 2020 through December 28, 2022 | Twenty-two (22) transfers by GOODWIN from Good Leaders Account at Navy Federal Credit Union (Acct# 0339 Savings) into an account for Individual One at Navy Federal Credit Union (Acct# 2102 Checking/1013 Savings) totaling $90,650 |

**COUNT THREE:** **MONEY LAUNDERING (18 U.S.C. § 1956)**

✓ Guilty ______ Not Guilty

| | | |
|---|---|---|
| **Count 3** | From on or about October 15, 2020 through December 28, 2022 | Twenty-two (23) transfers by GOODWIN from Good Leaders Account at Navy Federal Credit Union (Acct# 0339 Savings) to an account for Individual Two at Navy Federal Credit (Acct# 2714 Checking/3798 Savings) totaling $95,840.74 |

**COUNT FOUR:** **MONEY LAUNDERING (18 U.S.C. § 1956)**

✓ Guilty ______ Not Guilty

| | | |
|---|---|---|
| **Count 4** | From on or about February 26, 2021 through November 23, 2022 | Seven (7) withdrawals of cash by GOODWIN from Good Leaders Account at Navy Federal Credit Union (Acct# 0339) totaling $22,199 |

**COUNT FIVE:** **MONEY LAUNDERING (18 U.S.C. § 1957)**

✓ Guilty

________ Not Guilty

| | | |
|---|---|---|
| **Count 5** | On or about March 30, 2020 | Deposit by GOODWIN of a cashier's check $125,400.00 drawn against Local 2419's Account at NIH Federal Credit Union (Acct# 940572) into the Good Leaders Account at Navy Federal Credit Union (Acct# 0339) |

**COUNT SIX:** **MONEY LAUNDERING (18 U.S.C. § 1957)**

✓ Guilty

________ Not Guilty

| | | |
|---|---|---|
| **Count 6** | On or about April 16, 2020 | Wire Transfer by GOODWIN of $109,200 from Good Leaders Account at Navy Federal Credit Union (Acct# 0339) to Goodwin's Personal Account at Navy Federal Credit Union (Acct# 8898) |

**COUNT SEVEN:** **MONEY LAUNDERING (18 U.S.C. § 1957)**

✓ Guilty

________ Not Guilty

| | | |
|---|---|---|
| **Count 7** | On or about August 17, 2020 | Deposit by GOODWIN of a cashier's check $15,000.00 drawn against Local 2419's Account at NIH Federal Credit Union (Acct# 940572) into the Good Leaders Account at Navy Federal Credit Union (Acct# 0339-Savings) |

**COUNT EIGHT:** **MONEY LAUNDERING (18 U.S.C. § 1957)**

✓ Guilty

________ Not Guilty

| | | |
|---|---|---|
| **Count 8** | On or about October 14, 2020 | Deposit by GOODWIN of a cashier's check $162,240.00 drawn against Local 2419's Account at NIH Federal Credit Union (Acct# 940572) into the Good Leaders Account at Navy Federal Credit Union (Acct# 0339) |

**COUNT NINE:** **MONEY LAUNDERING (18 U.S.C. § 1957)**

✓
Guilty

Not Guilty

| | | |
|---|---|---|
| **Count 9** | On or about January 24, 2022 | Deposit by GOODWIN of a cashier's check $81,120.00 drawn against Local 2419's Account at NIH Federal Credit Union (Acct# 940572) into the Good Leaders Account at Navy Federal Credit Union (Acct# 0339) |

8-31-2026
Date

REDACTED