**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **United States of America** | * | |
| **v.** | * | **Criminal ~~Case No.~~ PX 25-79** |
| **Kimberly Goodwin** | * | |
| | ****** | |

FILED ENTERED RECEIVED
SEP 3 2026
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

**EXPEDITED SENTENCING ORDER**

(1) On or before October 13, 2026 ***(not more than 40 days from the date of this order)***, the Probation Officer shall provide the initial draft of the presentence report to counsel for the Defendant for review with the Defendant. If the Defendant is in pretrial detention, defense counsel may not provide a copy of the recommendations section of the presentence report to the Defendant in advance of meeting to review the presentence report, and may not leave the recommendations section of the presentence report with the Defendant once the review has taken place. The Probation Officer shall also provide the initial draft of the presentence report to counsel for the Government and file the report through CM/ECF. Any objection to the presentence report shall be provided in writing, on or before October 20, 2026 ***(not less than 14 days before sentencing)***, and may result in the postponement of sentencing.

(2) If counsel for either party intends to call any witnesses at the sentencing hearing, counsel shall submit, in writing, to the Court and opposing counsel, on or before October 20, 2026 ***(not less than 14 days before sentencing)***, a statement containing (a) the names of the witnesses, (b) a synopsis of their anticipated testimony, and (c) an estimate of the anticipated length of the hearing.

(3) Sentencing memoranda are not required unless a party intends to request a sentence outside the advisory guidelines range on the basis of a non-guideline factor. If

submitted, they shall be filed with the Clerk and a copy delivered to chambers on or before October 20, 2026 ***(not less than 14 days before sentencing)***. Opposing or responding memoranda are not required. If submitted, they shall be delivered to chambers on or before October 27, 2026 ***(not less than 7 days before sentencing)***. Copies of all memoranda must be sent to the Probation Officer. Sentencing memoranda are not sealed documents. If the memoranda or attachments contain sensitive material, they should be filed under seal and accompanied by a motion to seal.

(4) If the Government intends to seek restitution, a memorandum requesting restitution and all supporting documentation shall be filed on or before 10/20/2026 ***(not less than 14 days before sentencing)***. Failure to provide the restitution information or an explanation for why the restitution information is not yet ascertainable by this date may result in an order to show cause why the information could not have been timely provided and may result in the Court denying or delaying restitution until after a hearing not to exceed 90 days after sentencing.

(5) Sentencing shall be on 11/3/2026 at 10:00 a.m. ***(Either party may request an extension of the sentencing date after the presentence report is filed if there are objections to the presentence report which warrant further consideration and possible revision of the report.)***

(6) The presentence report, any revisions, and any proposed findings made by the Probation Officer in the addendum to the report shall constitute the tentative findings of the Court under section 6A1.3 of the sentencing guidelines. In resolving disputed issues of fact, the Court may consider any reliable information presented by the Probation Officer, the Defendant, or the Government, and the Court may issue its own tentative or final findings at any time before or during the sentencing hearing.

(7) Nothing in this Order requires the disclosure of any portions of the presentence report that are not disclosable under Federal Rules of Criminal Procedure 32.

September 3, 2026
Date

Paula Xinis
United States District Judge