**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. PX-25-079** |
| | : | |
| **KIMBERLY GOODWIN** | : | |
| | : | |
| **Defendant** | : | |

**ORDER**

Upon the consideration of the Consent Motion to Continue Sentencing filed herein it is this 26th day of October, 2026,

ORDERED that the Motion be and the same is hereby GRANTED; and it is further,

ORDERED that the sentencing be set for **Tuesday, December 15, 2026, at 10:00 a.m**.

/s/
Paula Xinis
United States District Judge